# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                        CASE NO. 1:24CR21-1 AW

**LAGARIUS JOHNSON,**
_____/

## OBJECTION TO PRE-SENTENCE REPORT

The Defendant, LAGARIUS JOHNSON, submits the following objection to the Pre-Sentence Report ("PSR") for the Court's review for the Sentencing hearing set for August 12, 2025. Counsel has consulted with both Assistant United States Attorney, James McCain, and United States Probation Officer, April McCommon, prior to filing this pleading. After those discussions, Counsel has deemed it appropriate to memorialize Mr. Johnson's objections to specific portions of the PSR.

Notably, Mr. Johnson's primary objection(s) is in relation to any consideration the Court may give to the unresolved and still pending state cases cited in PSR Paragraphs 24-32.

**In relation to Paragraphs 24-32:**

These allegations form the basis of unresolved State of Florida prosecutions. At this time there has been no adjudication, and no extensive discovery has been

provided to counsel that would dictate otherwise. The Government's position that they should be considered relevant conduct is grounded in allegations only. As these cases are unresolved, it would be inappropriate to use them as relevant conduct at this time. Ultimately, it is up to the Court to determine if there is a factual basis to apply the enhancement or take notice of these unresolved cases.

This is an objection that will require a factual determination at the sentencing hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically uploaded to the CM/ECF system and thereby furnished by notification of electronic filing to James McCain, Assistant United States Attorney, Gainesville, FL, on this 11nd day of August, 2025.

Respectfully Submitted,
JOSEPH F. DEBELDER
Federal Public Defender

By: *s/ Darren Johnson*

Darren J. Johnson
Assistant Federal Public Defender
New York Bar No. 4056800
101 S. E. 2nd Place, Suite 112
Gainesville, FL 32601
(352) 373-5823